UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul G. Scheurer,                                              CIVIL 08-5179 PAM/AJB

          Plaintiff,                                       **ORDER OF DISMISSAL**

v.

Paul P. Scheurer, et al

          Defendants.

-----------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: January   22   , 2009

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson**,** Judge
                                                  United States District Court